FILED
2013 Mar-26 PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DESMOND D'JUAN JONES ) | |
| ) | |
| vs. ) | Case No. 5:10-cv-08010-LSC-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

**MEMORANDUM OPINION**

On March 8, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor the government has filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this <u>26th</u> day of <u>March 2013</u>.

/s/ L. Scott Coogler
_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

[160704]